# Court of Appeals
# of the State of Georgia

ATLANTA, April 05, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0326. MAN HUI ARMBRESTER v. HERITAGE SELECT LLC.**
**A17D0327. MAN HUI ARMBRESTER v. HERITAGE SELECT LLC.**

This case began as a dispossessory action. On January 31, 2017, the magistrate court issued a judgment in favor of Heritage Select, LLC, and against Man Hui Armbrester, ordered that a writ of possession be issued on February 7, 2017, and ordered Armbrester to pay rent into the registry of the court in the event of an appeal. Armbrester filed a notice of appeal from the January 31 order in the superior court, but she failed to pay rent into the registry of the court. On February 27, 2017, the magistrate court ordered a writ of possession issue instanter, and on February 28, 2017, the magistrate court dismissed Armbrester's case for failure to pay rent.

In Case No. A17D0326, Armbrester seeks to appeal from the magistrate court's order of February 28 dismissing her case. In Case No. A17D0327, Armbrester seeks to appeal from the magistrate court's order of February 27 issuing a writ of possession. We, however, lack jurisdiction.

"The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991). This Court may only address magistrate court matters that already have been reviewed by the state or superior court. See id.; *Westwind Corp. v. Washington Fed. Savings & Loan Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990). In the absence of an appealable order from the state or superior court, we are unable to assume jurisdiction. See *Handler*, supra. See also OCGA § 5-6-35 (a) (1), (a) (11). For this

reason, we lack jurisdiction to review these applications, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, ___04/05/2017_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*